IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| STONE TECHNOLOGY, INC., d/b/a STONE ELECTRONIC and JAMES STONE,<br><br>Plaintiffs,<br><br>vs.<br><br>TRAVELERS CASUALTY INSURANCE COMANY, etc., et al.,<br><br>Defendants. | CIVIL ACTION NO.  3:11CV698-WHA<br><br>(wo) |

## **ORDER**

In accordance with the Memorandum Opinion entered on this day, it is ORDERED as follows:

(1) The Plaintiff's Motion to Remand (Doc. #8) is GRANTED and this cause is hereby REMANDED to the Circuit Court of Russell County, Alabama.

(2) The clerk is DIRECTED to take all steps necessary to effect this remand.

(3) All other pending motions are left for disposition by the state court.

Done this the 1st day of November, 2011.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE